AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>BENJAMIN MICHAEL TSCHIRHART,<br>a/k/a "Jabberwockeysuperfly"<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No. 8:18MJ1461 TGW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 1, 2018__ in the county of __Hillsborough__ in the
__Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted coersion and enticement of a minor. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Terri Botterbusch, Special Agent (HSI)
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: May 1, 2018

_____
Judge's signature

City and state: Tampa, Florida     THOMAS G. WILSON, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Terri Botterbusch, being duly sworn, depose and state the following:

1.     I am a Special Agent (hereinafter "SA") with the United States Department of Homeland Security, Homeland Security Investigations (hereinafter "HSI"). I have been employed with HSI for over fourteen years. I am currently assigned to the HSI, Special Agent in Charge (SAC), Tampa, Florida. I have investigated matters involving the online exploitation of children, particularly in relation to violations of 18 U.S.C. §§ 2422(b), 2251, 2252 and 2252A, which criminalize the use of a facility of interstate/foreign commerce to attempt to knowingly persuade, induce, entice and coerce a person who had not yet attained the age of 18 to engage in sexual activity for which any person can be charged with a criminal offense, and the production, possession, receipt and transmission of child pornography. I have made arrests and conducted searches pertaining to these types of investigations. I have attended specialized courses involving computers and child exploitation. Prior to August of 2005, I was assigned to Operation Panama Express where I investigated multi-ton cocaine smuggling cases as well as international drug trafficking organizations. I was employed as a St. Lucie County Sheriff's Deputy from 1995 until 2002, where I worked as a road patrol deputy and narcotics/vice detective.

2.  As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States. I have received training for online undercover investigations involving child exploitation and have participated in numerous investigations involving child pornography.

3.  I submit this affidavit in support of an application for a criminal complaint and arrest warrant for Benjamin Michael TSCHIRHART, also known in this investigation as "jabberwockysuperfly" and "Ben." This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to believe that TSCHIRHART attempted to coerce and entice a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b). As discussed further below, TSCHIRHART used a computer or a cellular phone, which was connected to the Internet, a facility of interstate or foreign commerce, to attempt to knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years, through communications with whom he believed was the child's mother, to engage in sexual activity for which any person can be charged with a criminal offense. I am requesting that the Court issue an arrest warrant for TSCHIRHART based upon the following information that I have learned in my official capacity, by firsthand observations, as well as by

2

receiving information from federal and local law enforcement in reference to this investigation.

## PROBABLE CAUSE

4. Beginning in or about March 2018 to present, I acted in an undercover capacity ("UC") online, using the name "[********]," and posed as a bad mother who was looking for a man to train her 12-year-old daughter for sex. I created an online profile on a website known to law enforcement, Motherless.com ("ML"). Law enforcement knows this website to commonly be used by individuals to trade adult and child pornography, as well as promote taboo-sex topics that allow like-minded individuals to meet and communicate. This website also has a live chat function and image-posting boards, including an anonymous confession section and a classified ad section. My UC profile has been active on this website since approximately November 2011.

5. On or about April 4, 2018, an individual using the ML username "jabberwockysuperfly," who was later identified as TSCHIRHART, wrote: "Hello [****]. Im a 35 year old sad. Id like to talk to someone with similar tastes. Let's get in touch." He later wrote: "So I'm in del Rey, and I have 2 daughters, 10 and 4. I'm very interested in the idea of open family and incest among other taboos...Overall I'd say I'm pretty sexually open. Though I'm not

3

a sadist and I don't enjoy inflicting pain. I think a lot of social convention around sex is overly restrictive. I feel like sexual contact within a family is completely normal and healthy if it's not done in a coercive or abusive way. I am white, very physically fit and active. I'm trying to think of what else you might be interested in knowing about me. If any of this interests you, let me know and I can go into greater detail."

6. On or about April 5, 2018, "jabberwockysuperfly" wrote: "I am very close to my daughters, and yes, I'm a single dad. I'm not active with my girls at this point; I told my ex that I wanted an open family before we married, and she agreed. But when it came down to it, she didn't have the resolve to go through with it. But that also means that she has been very vigilant on that topic since we split. She was looking for any sign that I was playing with them. I felt it was better to wait until I could do it in more of a family context. I feel that is a healthier way to approach it for me. How about you? Are you and your daughter active?" The "jabberwockysuperfly" user also wrote:

> "I didn't say I had no experience. Just that we are not currently active. I have experience with my older daughter and with another girl in the past, a friend's daughter...And ideally I would like to find a woman who wants the same kind of family and would be open to building it together...When she was quite little I would let her suckle on me. She enjoyed that, but she most liked me licking her. I also would feed her cum pretty regularly. Often I would use my fingers to give her little orgasms to help her get to sleep. I also had a neighbor with a daughter

4

who was 5, and she would sit in my lap, get me hard and ride on me though we were both clothed. He also had a cousin who was 12/13 and she and I used to play when she came to visit. I suspect their family was active too. I taught her how to suck and we started fucking after her first visit."

7.      I communicated with TSCHIRHART several times in April 2018, using the ML website. Our conversations also moved to email.[1] In approximately mid-April 2018, TSCHIRHART continued communication with my undercover persona "[*******]" via his Gmail email account. In these email communications he identified himself as "Ben from motherless," stating that his username there is "jabberwockysuperfly." TSCHIRHART went on to express his interest in having sex with my notional daughter. He also wrote that he had had prior sexual encounters with a 13-year-old, a five-year-old, and his own ten-year-old daughter. Furthermore, TSCHIRHART wrote that he wanted to engage in explicit sexual acts with my 12-year-old notional daughter for which TSCHIRHART could be charged with a criminal offense.

8.      On or about April 23, 2018, I sent two images of a female child using my UC Gmail account to bengerard.1182@gmail.com. The first image was titled "Nickycuteie.jpg," which depicts a female child's face. The child in

---

[1] Based on my training and experience, electronic communications, such as emails, move in an affect interstate and foreign commerce because they involve signals being sent between servers located throughout the United States and abroad. Moreover, electronic devices used to send digital communications contain components that move in and affect interstate and foreign commerce.

5

this image is approximately 10–12 years old and she has blonde hair and brown eyes. The second image was titled "jumpinhigher.jpg," which shows a female child performing a "wolf jump" on a balance beam. The child in this image is approximately 10–12 years old, has blonde hair and is wearing a gymnastics leotard. Both images are of the same child.

9. In approximately mid-April 2018, TSCHIRHART began communication with my UC child persona, "Nicky," via his Gmail email account. On or about April 23, 2018, bengerard.1182@gmail.com sent "Nicky" the following email:

> "My name is Ben. Your mom said I should send you an email. I hear you are a gymnast. I think that is really cool. I bet it makes you pretty strong. I am hoping that we can have a chance to talk and get to know each other a little bit soon. I am 35, I hope that isn't too old for you! Even though I'm older I'm still very flexible. Probably not as much as you though. I do Brazilian Jiu Jitsu so that keeps me in good shape. I'm sending a pic along with the email so you can see what I look like. I saw a picture of you and I think you are very cute.
>
> Alright, I hope we can talk soon. Take care Nicky!"

10. On or about April 24, 2018, bengerard.1182@gmail.com sent "Nicky" the following email:

> "Hey Nicky.
> Thanks for writing back so fast! I am really looking forward to meeting you. Your mom says that the boys your age bother you a lot and that you like guys who are older. I think you seem very mature and pretty too. She also said that you would probably like to do my hair since it is pretty long. I would like it if you wanted

6

to help me brush and style it a little. I also thought that maybe you could do some modeling and dress up for me. I would love to see some of the stretches and gymnastics that you can do too.

Your mom told me that she would give us some privacy so we could get to know each other and so I could show you some things. Is there anything special that you want to learn? I think we will have a lot of fun. I also want to talk on the phone with you sometime soon if that's ok with you.

I still think you are super cute, even if you don't think so! I think you are a little hottie. ;) Talk to you soon! Ben"

11. On or about April 25, 2018, bengerard.1182@gmail.com sent the following to me as "Nicky:"

"Hi Nicky. Thanks for emailing me back!

I have been texting with your mom, and it looks like maybe we can have a sleepover. Would You like something like that? I am excited to see you model and do some gymnastics for me. I think you will look very sexy. I hear that you also want to learn to kiss. Can I teach you? I would like that a lot. I think we will have a lot of fun together.

Your mom says that you are interested in older guys, and I think that is really cool. Maybe we can do some grown up stuff together. I will be happy to show you what to do to make a guy feel good. I was just today so I couldn't write as much as I wanted. I can't wait to meet you. I think you are very cute and sexy. Talk to you soon!

Ben"

12. From approximately mid-April 2018 to the present, TSCHIRHART has been more and more overt in his communications regarding the sex acts he wished to perform on "Nicky." TSCHIRHART also

7

communicated with me (posing still as "[********]") via text messaging from his cellular phone number of 561-614-XXXX. During the text messages to "[********]," TSCHIRHART became more graphic in his descriptions of his desires for "Nicky" and boasted of his past sexual abuse of other children. He discussed the steps that the had taken to lure minors into feeling comfortable having sex with him, and he mapped out a similar course of conduct that he wished to apply to "Nicky."

13.   During one of these conversations, on or about April 23, 2018, TSCHIRHART text messaged me two images from his phone number 561-614-XXXX. The first image appears to be a "selfie," that is, a picture of him taken by him, in a bathroom setting. The picture shows a white male with reddish-colored hair pulled back into a "man bun" and a large reddish-colored beard. The man is shirtless and appears to be wearing only dark colored Nike shorts. He has visible tattoos on both of his upper outer arms. He also appears to have a tattoo on the side of his abdomen. The image contained latitude and longitude data. I asked forensic analysists to examine the images. The image geo-locates to XXXX Sundy Ave., Delray Beach, Florida 33444. The image's date of production is April 19, 2018. The second image shows a white male's face. The white male has ginger (reddish) coloring and there are several moles or marks visible on his face and upper chest area. This image appears to be

taken on a boat with very blue water and palm trees in the background. TSCHIRHART claimed that this image is also an image of himself.

14. Our conversations continued across multiple platforms. On April 24, 2018, I conducted an UC voice call with TSCHIRHART. TSCHIRHART called my UC cell phone so that he could speak with me, "[********]." During this phone call, TSCHIRHART told me that one of his main concerns was law enforcement active on ML. He also detailed a few sexual experiences that he had had with other children. TSCHIRHART then asked me, "[********]," if "Nicky" has orgasms yet. He stated that he loves making women and girls cum and that he is looking forward to giving "Nicky" her first orgasm. He told me that he thinks full penetration will take awhile. He also said that he has two daughters but is divorced due to his beliefs on having a sexually open family. He also told me that he would never do anything with a child that their parents did not approve of. TSCHIRHART told me that he wanted to speak with my child, "Nicky," so that he could start getting to know her. The phone call also covered TSCHIRHART's desire to travel to Tampa for the purpose of engaging in sexual acts with "Nicky".

15. TSCHIRHART and I continued to communicate through text messages and phone calls. As time went on, he shared even more details of his plans to sexualize Nicky—grooming her to feel comfortable with him as a

friend and then slowly sexualizing her by familiarizing her with his male anatomy and her own sexuality. I continued to play my role as "[********]," the bad mom who was looking to activate her child's sexuality with an older man.

16. TSCHIRHART eventually asked to speak to "Nicky" on the telephone. I agreed to arrange a phone call. I utilized the assistance of a detective from the Pinellas County Sheriff's Office to pose as "Nicky." On or about April 26, 2018, TSCHIRHART called my UC cell phone so that he could speak to who he believed was my child, "Nicky." I was present for this phone call. During the call, TSCHIRHART spoke to me as "[********]" and to the detective as my daughter, "Nicky." During the call, TSCHIRHART asked "Nicky" a series of personal questions (apparently testing information that I had previously given him). He asked her, for example, about school and gymnastics. He spoke with "Nicky" about coming over for a visit. He also told her that he liked the picture he had seen of her. He told her that he wanted to do some modeling, kissing and other grown up stuff with her. He asked "Nicky" if "she touched herself" and told her that he would show her how to touch herself, stating that the two of them will have fun, that he is excited to meet her and she is a "hottie." He also said that he would be staying over and sleeping in her room, which aligns with a conversation that he and I had had

10

about sleeping arrangements when he would stay over. The call ended with TSCHIRHART talking with "[*******]" again, discussing "Nicky's" underwear and how she just has normal little girl underwear with flowers and rainbows on them. TSCHIRHART commented that they sounded pretty sexy.

17. I continued to communicate with TSCHIRHART, posing both as "[*******]" and her daughter, "Nicky." TSCHIRHART continued to share his excitement about grooming Nicky, which included a plan to have her model outfits for him and braid his long hair. He also continued to express excitement and gratitude that I was going to allow him this experience, further adding: "Actually I'm glad we can start learning and playing before she is fertile."

18. TSCHIRHART and I eventually solidified our plans to meet in Tampa, Florida, in the late morning/early afternoon of May 1, 2018. The plan involved us meeting in a public place near my residence, and then an introduction to "Nicky" shortly thereafter. TSCHIRHART and I initially agreed to meet at a predetermined location in Tampa, Florida. TSCHIRHART stated that he would be taking the train to Tampa and mentioned Ubering to the location from there.

19. In the meantime, I continued my investigation into the real-world identity of "Ben." As noted above, TSCHIRHART used the username

"jabberwockysuperfly" on ML to initially communicate with me, "[********]." On or about April 10, 2018, ML responded to an administrative summons for the user "jabberwockysuperfly" with the following results:

Details for Member "Jabberwockysuperfly"
Date Joined Jul 22nd 2009
Date Last Login Mar 26th 2018 07:24:10 EST
IP Last Login 66.176.139.196
Email Address coupleofkids30@gmail.com
Gender Male
Sexuality Straight
Favorite Porn Incest
Location Fort Lauderdale
Tagline
"Morality is relative"
Site Bio
"Deviant dad. I'm interested in incest and other taboos. I like girls with few limits."

ML provided IP logins from approximately October 2017 through approximately March 26, 2018. The IP addresses 66.176.139.196 and 66.249.88.57 were utilized several times during the month of March 2018 to access the "jabberwockysuperfly" ML user account. According to ML, "jabberwockysuperfly" has continued the same IP session since March 26, 2018. A Whois Internet search was conducted for the suspect IP addresses, which resolved to Comcast Cable Communications. I also discovered several other IP logins that resolve back to Time Warner and Shaw Communications in Calgary, Canada.

20. As detailed above, TSCHIRHART used the Gmail email address ben.gerard1182@gmail.com to communicate with me posing as "[********]" and "Nicky" on their UC Gmail accounts. On or about April 30, 2018, Google responded with the following subscriber information for ben.gerard1182@gmail.com:

> Name: Ben Gerard
> e-Mail: bengerard.1182@gmail.com
> Services: Android, Gmail, Google Calendar, Google Hangouts, Location History, Minutemaid, Web & App Activity
> Created on: 2018/04/20-15:34:41-UTC
> Terms of Service IP: 2607:fb90:91c9:302d:2d45:5b39:b911:e99a, on 2018/04/20-15:34:41-UTC
> SMS: +1561614[XXXX] [US]
> Google Account ID: 775759183198

21. In this investigation, TSCHIRHART has been texting from phone number 561-614-XXXX, the same phone number linked to his Google account detailed above. This number is associated with a T-Mobile customer. Legal process has been sent to T-Mobile with pending results. A public records check through the CLEAR database resolved this phone number to a "Ben ISCHEHART," a variation of TSCHIRHART.

22. Summons results from ML had also indicated that TSCHIRHART had linked the email address "coupleofkids30@gmail.com" to his ML user profile "jabberwockysuperfly." I issued a summons to Google for

13

subscriber records for "coupleofkids30@gmail.com." On or about April 30, 2018, Google responded with the following results:

> Name: Max Rabbit
> e-Mail: coupleofkids30@gmail.com
> Services: Gmail, Google Hangouts, Google Photos, Google+, Has Google Profile, Has Plus one, Web & App Activity
> Recovery e-Mail: bentschirhart@gmail.com
> Created on: 2012/10/10-00:00:38-UTC
> Terms of Service IP: 70.79.141.197, on 2012/10/10-00:00:38-UTC
> Google Account ID: 140748497359
> GOOGLE advised there were no current IP logins to this account.

23. Based on the above summons results listing a recovery email address of bentschirhart@gmail.com, I provided the name Ben TSCHIRHART, with the phone number of 561-614-XXXX, to the Amtrak Police Department. Amtrak Police discovered that a passenger matching that first name, last name, and phone number was due to arrive in Tampa via Amtrak train on April 30, 2018, at approximately 5:30 p.m.

24. On April 30, 2018, at 5:30 p.m., law-enforcement officers, including me, conducted surveillance at Tampa Union Station (Amtrak), located at 601 N Nebraska Ave, Tampa, FL 33602. At approximately 5:45 p.m., an Amtrak train arrived into Tampa, FL. Five minutes later, law-enforcement officers saw TSCHIRHART disembark an Amtrak train. I observed TSCHIRHART leave the Amtrak station wearing a tank top and a large reddish-orange duffle bag. TSCHIRHART was carrying a smaller tan

bag and a cell phone. I observed tattoos on TSCHIRHART's outer arms that appear to match the tattoos seen in the images he sent of himself via text message. I recognized TSCHIRHART from the images he had sent me via text message. Additionally, I obtained a North Carolina Driver's License for Benjamin Michael TSCHIRHART with a date of birth of 09/XX/1982, which depicts the same individual.

25. On or about May 1, 2018, I determined that TSCHIRHART has a valid United States Passport and two small female children that are believed to reside in Canada with their mother.

26. In the morning of May 1, 2018, law-enforcement officers arrived at the predetermined establishment located on Dale Mabry Highway in Tampa, Florida. Law-enforcement officers secured the area and waited for TSCHIRHART to arrive. At approximately 11:10 a.m., TSCHIRHART was dropped off by a blue Volkswagen. He went inside the predetermined establishment, then went back outside and sat down. Law-enforcement officers then took TSCHIRHART into custody.

## CONCLUSION

27. Based on the foregoing facts, there is probable cause to believe that TSCHIRHART attempted to coerce and entice a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b).

*S/A Terri Botterbusch HSI*
TERRI BOTTERBUSCH
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
this 1st day of May, 2018.

THOMAS G. WILSON
United States Magistrate Judge